# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00011-LTB-KLM

MICHELLE A. HEBERT,

    Plaintiff,

v.

EYE CARE CENTER OF NORTHERN COLORADO, P.C., a Colorado Professional Corporation, and
RESOURCE ONE, a Limited Liability Company d/b/a TERRA FIRMA, P.E.O.,

    Defendants.

## ORDER

Upon the Stipulated Motion for Dismissal with Prejudice, filed December 24, 2008, IT IS ORDERED that the action is dismissed with prejudice; each party shall pay their own attorney's fees and costs.

    BY THE COURT

    <u>s/Lewis T. Babcock</u>
    Lewis T. Babcock, Judge

Dated: December <u>30</u>, 2008